HARTFORD ACCIDENT and INDEMNITY COMPANY, Respondent, *v.* FIRST NATIONAL BANK & TRUST COMPANY OF PATERSON, NEW JERSEY, Defendant, and THE PEOPLE OF THE STATE OF NEW YORK, Appellant.

Argued April 9, 1954; decided May 20, 1954.

*Nathaniel L. Goldstein, Attorney-General (John F. Hmiel, Wendell P. Brown* and *Thomas Burke* of counsel), for appellant.

*Andrew Eckel* for respondent.

Judgment of Special Term affirmed, with costs. Appeal from order of Appellate Division dismissed. No opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.